```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
EMILY ROSEN,

                Plaintiff,          22-cv-3880 (JGK)

    - against -                     ORDER

UBS FINANCIAL SERVICES INC. ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 3, 2022.

SO ORDERED.

Dated:    New York, New York
           May 20, 2022

                                        _____
                                        John G. Koeltl
                                        United States District Judge