UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

EMILY ROSEN,

                Plaintiff,          22-cv-3880 (JGK)

     - against -              ORDER

UBS FINANCIAL SERVICES INC. ET AL.,
                Defendants.
_____

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 21, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
          July 18, 2022

                             John G. Koeltl
                      United States District Judge