UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY ROSEN,<br><br>                          Plaintiff,<br><br>-against-<br><br>UBS FINANCIAL SERVICES, et al.,<br><br>                         Defendants. | 1:22-cv-03880 (JLR) (SDA)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      Discovery in this case closed on December 15, 2022. If any party wishes to move for summary judgment, they are reminded that, pursuant to the Court's Individual Rule 3.I., the deadline for pre-motion letters is December 29, 2022 and responses are due January 5, 2023. The parties' joint letter, pursuant to the Court's Individual Rule 3.H. and ECF No. 12, is due December 29, 2022. To ensure adequate time for submission and the Court's review of such letter(s), if any, the post-discovery conference is hereby adjourned from January 5, 2023 to **January 12, 2023** at **10:00 a.m.**

Dated: December 16, 2022
       New York, New York

                                            SO ORDERED.

                                            JENNIFER L. ROCHON
                                            United States District Judge