UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY ROSEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>UBS FINANCIAL SERVICES, et al.,<br><br>　　　　　　　　　　Defendants. | 1:22-cv-03880 (JLR) (SDA)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

　　WHEREAS the parties indicated at ECF No. 34 that they do not wish to schedule a second settlement conference at this time and, therefore, intend to proceed with summary judgment.  According, it is hereby ORDERED that:

- Defendants shall, by **February 9, 2023**, file their motion for summary judgment, including their Rule 56.1 Statement and accompanying motion papers.
- Plaintiff shall, by **February 23, 2023**, file their opposition.
- Defendants shall, by **March 2, 2023**, file a reply, if any.

The parties should pay particular attention to the Court's Individual Rule 3.I. for their summary judgment papers.

　　The Clerk of Court is respectfully directed to terminate ECF Nos. 29 and 31.

Dated: January 17, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge