**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

EMILY ROSEN,

        Plaintiff,                    22 **CIVIL** 3880 (JLR)

    -against-                          **JUDGMENT**

UBS FINANCIAL SERVICES INC., et al.,

        Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2023, Defendants' motion is GRANTED, and the Complaint is DISMISSED. Accordingly, the case is closed.

**Dated:** New York, New York

    September 29, 2023

                                                **RUBY J. KRAJICK**
                                                **Clerk of Court**

                             **BY:**

                                                _____
                                                   **Deputy Clerk**